**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

STEFANIE WHYTUS,

    Plaintiff,

    v.

ENTERPRISE RECOVERY, LLC,

    Defendant.

Case No. 25-2481-KHV-ADM

**REPORT AND RECOMMENDATION**

On September 22, 2025, the court ordered plaintiff Stefanie Whytus ("Whytus") to show cause by October 7, 2025, why the undersigned should not recommend that the district judge dismiss Whytus's claims against defendant Enterprise Recovery, LLC without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). (ECF 9.) Whytus responded to the court's order on October 2, explaining that Whytus has discovered that Enterprise Recovery, LLC is the wrong defendant, as it only collects commercial debts, not consumer debts, and "was being impersonated by another debt collections company" called Enterprise Recovery Co. (ECF 10.) According to the response, Enterprise Recovery Co. is "a rogue, fly-by-night debt collection company," so Whytus now asks the court to vacate the Order to Show Cause and dismiss the case without prejudice. (*Id.*) At Whytus's request, the court recommends that the presiding district judge dismiss Whytus's claims against Enterprise Recovery, LLC without prejudice. The court, however, sees no reason to vacate the Order to Show Cause.

\*\*\*

Pursuant to 28 U.S.C.§ 636(b)(1) and Fed. R. Civ. P. 72, a party has fourteen days after service of a copy of this Report and Recommendation to file any written objections. A party must file any objections within the fourteen-day period if that party wants to have appellate review of

the proposed findings of fact, conclusions of law, or recommended disposition.  If no objections are timely filed, no appellate review will be allowed by any court.

**IT IS SO ORDERED.**

Dated October 7, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
