### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEPHANIE WHYTUS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | |
| ) | No. 25-2481-KHV |
| ENTERPRISE RECOVERY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MEMORANDUM AND ORDER

Stephanie Whytus filed suit against Enterprise Recovery, LLC, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.  This matter is before the Court on the Report And Recommendation (Doc. #11) which Magistrate Judge Brooks G. Severson entered October 7, 2025.  Plaintiff had 14 days—or until October 21, 2025—to file objections to the magistrate judge's report and recommendation.  See Fed. R. Civ. P. 72(b)(2); D. Kan. R. 72.1.4.  Plaintiff has not objected.  For this reason and for substantially the reasons stated in the magistrate judge's Report And Recommendation (Doc. #11), the Court adopts the report and recommendation in its entirety and dismisses plaintiff's complaint without prejudice.

**IT IS THEREFORE ORDERED** that the Report And Recommendation (Doc. #11) which Magistrate Judge Brooks G. Severson entered October 7, 2025 is **ADOPTED**.  **The Court dismisses plaintiff's Complaint (Doc. #1) filed August 20, 2025 without prejudice.**

Dated this 24th day of October, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge